1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST PADA, | ) | CASE NO. SACV13-01101-DOC(CWx) |
| | ) | |
| Plaintiff, | ) | *Judge David O. Carter* |
| | ) | |
| vs. | ) | Complaint Filed: July 23, 2013 |
| | ) | Trial Date: March 31, 2014 |
| AETNA LIFE INSURANCE COMPANY, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

On April 18, 2014, the Honorable David O. Carter, after full consideration of all the evidence and the oral argument of the parties at trial, issued a Memorandum of Decision (Doc. 30) that is expressly incorporated by reference herein and made a part of this Judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that JUDGMENT IS ENTERED in favor of Defendant Aetna Life Insurance Company, and against Plaintiff Ernest Pada. Plaintiff Ernest Pada shall take nothing by way of his complaint and the action is dismissed on the merits. As the prevailing party, Defendant Aetna Life Insurance Company may recover

attorneys' fees and costs according to statute.

Dated:  April 30, 2014            _____
                                  */s/ David O. Carter*
                                  HON. DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE

Submitted By:


RONALD K. ALBERTS (SBN:  100017)
HILARY E. FEYBUSH (SBN:  280714)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470


Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY